[No. 49786-3-I.   Division One.   December 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAN EMILIO FLOREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04484-0, Richard M. Ishikawa, J., entered November 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50251-4-I.   Division One.   December 16, 2002.]

JOHN JOHNSON II, *as Personal Representative, Respondent*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-19008-5, J. Kathleen Learned, J., entered March 8, 2002. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Appelwick, JJ.

[No. 20979-2-III.   Division Three.   December 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRET JAMES KETCHUM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00058-5, Robert D. Austin, J., entered March 11, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21053-7-III.   Division Three.   December 17, 2002.]

LOIS K. CHAMPION, ET AL., *Appellants*, v. SHANNON KOLLMEYER, *et al., Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00279-6, Lesley A. Allan, J., entered March 7, 2002. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.